HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MATTHEW Q. SHOOP,<br><br>    Petitioner,<br><br>   v.<br><br>DONALD HOLBROOK,<br><br>    Respondent. | CASE NO. C15-CV-05868-RBL-DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation [Dkt. #19].

(2) Respondent's Motion to Dismiss [Dkt. #12] is DENIED AS MOOT.

(3) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. David W. Christel.

Dated this 18th day of July, 2016.

Ronald B. Leighton
United States District Judge