UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MATTHEW Q. SHOOP,

                Petitioner,

v.

DONALD HOLBROOK,

                Respondent.

No.  3:15-CV-05868-RBL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation [Dkt. #23].

(2)     Respondent's Motion to Dismiss [Dkt. #21] is granted and Petitioner's federal habeas Petition [Dkt. #4] is dismissed with prejudice.

(3)     The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. David W. Christel.

**DATED** this 19th day of September, 2016.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1